```
             IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF NEBRASKA

AIRLITE PLASTICS CO., a        )
Nebraska corporation,          )
                               )
            Plaintiff,         )          8:10CV231
                               )
       v.                      )
                               )
POLYFORM, A.G.P. INC., a       )          ORDER
Quebec, Canada, corporation,   )
PLASTIQUSE CELLULARIES         )
POLYFORM, INC., a Quebec,      )
Canada, corporation, NUDURA    )
CORPORATION, an Ontario,       )
Canada, corporation,           )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the joint stipulation of dismissal of action (Filing No. 34). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to bear its own costs, expenses and attorney fees.

DATED this 14th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court